and others against the Bettman-Johnson Company. C. Seasongood, for appellant. A. Bangser, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and LAUGHLIN, J., dissent.

---

LENZ v. MODERN WOODMEN OF AMERICA. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Jacob Lenz against the Modern Woodmen of America. No opinion. Motion denied. Order filed. See, also, infra.

---

LENZ et al., Respondents, v. MODERN WOODMEN OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Jacob Lenz and others against the Modern Woodmen of America. E. Rosenberg, for appellant. A. H. Sarasohn, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, supra.

---

LEVINSON v. GROH. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Max Levinson against Albert J. Groh. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

---

In re LEVY. (Supreme Court, Appellate Division, First Department. May 24, 1912.) In the matter of Julius Levy. No opinion. Proceeding dismissed. Settle order on notice.

---

LEWIS, Appellant, v. NEW YORK, O. & W. RY. Co., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) Action by Uriah H. Lewis against the New York, Ontario & Western Railway Company.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., dissents, upon the grounds stated in his dissenting opinion on former appeal in same case, reported in 146 App. Div. 250, 130 N. Y. Supp. 917.

---

LEWIS, Respondent, v. WESTERN UNION TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Arthur O. Lewis against the Western Union Telegraph Company. No opinion. Judgment affirmed, with costs.

---

LILLEY, Respondent, v. UNITED STATES RADIATOR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by William Lilley against the United States Radiator Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

LITTIERIO v. STEERS. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by Antonio Littierio against Henry Steers. No opinion. Motion granted, with $10 costs. Order filed.

---

LOEBL, Appellant, v. SUN PRINTING & PUBLISHING CO., Respondent. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Edward Loebl against the Sun Printing & Publishing Company. M. L. Loebl, for appellant. C. Mead, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

---

LOTEMPIO v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by Pietra Lotempio, as administratrix, etc., against the Lehigh Valley Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

---

LOWDON, Respondent, v. HOUCK et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by George H. Lowdon against Grant Houck and another. No opinion. Judgment unanimously affirmed, with costs.

---

In re LOWE et al. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) In the matter of the judicial settlement of the accounts of Nathan J. Lowe and David L. Johnston, as executors of the last will and testament of Sarah J. Clement, deceased.

PER CURIAM. Order granted, amending decision (134 N. Y. Supp. 537), so as to state that the reversal was made upon questions of law and fact, upon condition that the appellant in this court file a stipulation that the appeal to the Court of Appeals may be withdrawn, without costs in the Court of Appeals.

---

LYELL AVENUE LUMBER CO., Respondent, v. LIGHTHOUSE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by the Lyell Avenue Lumber Company against Margaret V. Lighthouse and others. No opinion. Motion for reargument denied. See, also, 137 App. Div. 422, 121 N. Y. Supp. 802; 135 N. Y. Supp. 1125.

---

LYELL AVE. LUMBER CO., Respondent, v. LIGHTHOUSE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by the Lyell Avenue Lumber Company, suing in its own behalf, etc., against Margaret V. Lighthouse and others. No